IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:24CR3046** |
| vs. | |
| JERRETT NEWMAN, | **ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |
| Defendant. | |

The defendant appeared before the Court on December 30, 2024 regarding Amended Petition for Offender Under Supervision [15].  Korey Reiman represented the defendant.  Christopher J. Harroun represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government made an oral motion to dismiss Petition for Offender Under Supervision [3]. The government's oral motion to dismiss Petition for Offender Under Supervision [3] is granted without objection.

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Susan M. Bazis in Courtroom No. 1, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 11:00 a.m. on February 13, 2025.

The government moved for detention based upon risk of flight and danger.  The defendant requested a continuance of the detention hearing.  The detention hearing is continued to 3:00 p.m. on January 3, 2025, via videoconference before Magistrate Judge Jacqueline M. DeLuca. The defendant will remain detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 30th day of December, 2024.

BY THE COURT:

2

_s/ Jacqueline M. DeLuca_
United States Magistrate Judge